UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

**STRATEGIC DESIGNWORKS, INC.,**

Debtor

Chapter 11
Case No. 08-19747-FJB

## APPLICATION BY DEBTOR-IN-POSSESSION TO EMPLOY O'NEILL AND ASSOCIATES

To the Honorable Frank J. Bailey, Bankruptcy Judge:

Strategic Designworks,, Inc., ("Debtor") respectfully requests this Court to authorize the employment of O'Neill and Associates ("O'Neill") to provide marketing services to the Debtor. In support hereof, the Debtor states as follows:

1. On December 19, 2008, (the "Petition Date"), the Debtor filed its petition herein.

2. O'Neill will provide the Debtor with relationship marketing services including creating a list of client targets and then, by leveraging its collective contacts, setting up introductory meetings with decision-makers who are critical to the Debtor's goals.

3. O'Neill had been employed by the Debtor just prior to the filing of the petition herein and O'Neill had introduced the Debtor to a number of new prospects from which the Debtor expects to develop new business.

4. O'Neill will also provide the Debtor with communications services including a messaging workshop, developing a press kit or information folder, issuing press releases, announcing company milestones and media relations services. In addition, it will assist the Debtor with developing a communications strategy to clients and employees regarding the Chapter 11 filing.

5. O'Neill has agreed to provide services based upon a monthly retainer for $3,500. Although the hourly rates for the team O'Neill will devote to the Debtor range from $150 to $475 per hour, O'Neill expects that it will provide services which on an hourly basis will exceed the monthly retainer. As a result O'Neill requests that it be relieved from the requirements of Local Rule 2016-1 with respect to need to identify identify the time period or periods during

which services were rendered and a description of the specific services performed each day by each person with the time broken down into units of tenths of one hour devoted to such services.

6. To the best of the Debtor's knowledge, O'Neill does not represent any interest adverse to the Debtor or to the creditors of the estate herein.

7. The Debtor also desires to pay O'Neill on a monthly basis.

WHEREFORE, the Debtor requests that this Court enter an Order authorizing the Debtor to retain O'Neill to perform the marketing services specified above and to pay the monthly retainer set forth above, and for such other and further relief as is just and proper.

      STRATEGIC DESIGNWORKS, INC.
      By its attorney

      /s/Thomas J. Raftery
      Thomas J. Raftery BBO#410740
      P.O. Box 550
      Carlisle, MA 01741-0550
      (978) 369-4404

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

**STRATEGIC DESIGNWORKS, INC.,**

Debtor

Chapter 11
Case No. 08-19747-FJB

## AFFIDAVIT OF O'NEILL AND ASSOCIATES

I, Shelly L. McPhee, represent under pains and penalties of perjury that:

(1) Neither I nor any member of my firm holds or represents any interest adverse to the estate of the above-named debtor.

(2) My and my firm's connections with the debtor, any creditor, or other party in interest, their respective attorneys and accountants are as follows:
None.

Except as stated above, I am and each member of my firm is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14).

(3) I have not agreed to share with any person (except members of my firm) the compensation to be paid for the services rendered in this case, except as follows:
No one.

(4) I have not received a retainer in this case.

(5) I shall amend this statement immediately upon my learning that (A) any of the within representations are incorrect or (B) there is any change of circumstance relating thereto.

Executed under the pains and penalties of perjury on this the 13 day of February, 2009.

Shelly L. McPhee
Chief Operating Officer
O'Neill and Associates
Thirty-One New Chardon Street
Boston, MA 02114
t: 617-646-1016 | f: 617-646-1290

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

**STRATEGIC DESIGNWORKS, INC.,**

Debtor

Chapter 11
Case No. 08-19747-FJB

## ORDER

Upon the Motion of the Debtor in the above-captioned case seeking to employ O'Neill and Associates to provide marketing services to the Debtor and the Court being satisfied that O'Neill and Associates does not hold or represent any interest adverse to the estate, it is

ORDERED that the Debtor, and it hereby is, authorized to employ O'Neill and Associates to provide marketing services for a monthly retainer of $3,500; and it is further

ORDERED that the Debtor be, and it hereby is, authorized to make payments of the monthly retainer without the requirements imposed by Local Rule 2016.

Dated:

Frank J. Bailey,
Bankruptcy Judge

# OFFICIAL FORM 7
## United States Bankruptcy Court
### District of Massachusetts

In re  **STRATEGIC DESIGNWORKS, INC.**          Case No.
        Debtor(s)                                              Chapter 11

## DECLARATION RE: ELECTRONIC FILING

### PART I- DECLARATION OF PETITIONER

    I, **Shelly L. McPhee**, hereby declare under penalty of perjury that all of the information contained in my affidavit (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

    I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: February 13, 2009

Signed: _____
            Shelly L. McPhee
            (Affiant)

### PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

    I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:

Signed: _____
            Attorney for Affiant

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re: |
|
**STRATEGIC DESIGNWORKS, INC.,** | Chapter 11
| Case No. 08-19747-HJB
Debtor |
|

**CERTIFICATE OF SERVICE**

    I, Thomas J. Raftery, hereby certify that on **February 26, 2009**, I served a notice of the DEBTOR'S APPLICATION TO EMPLOY O'NEILL & ASSOCIATES upon the 20 largest unsecured creditors, as shown on the attached postage report, by first class mail, postage prepaid.

    /s/Thomas J. Raftery
    Thomas J. Raftery

| Print Date | Cost | Recipient | Refund Type | Cost Code | Tracking Number | Class/Service | Weight | Special Services | Mail/Ship Date |
|---|---|---|---|---|---|---|---|---|---|
| 2/26/09 10:43 AM | $0.42 | W.B. Mason (Furniture), PO Box 111, Brockton MA 02303-0111 | e/Refund | SDI | | First-Class Mail® | 0lb 1oz | | 2/26/09 |
| 2/26/09 10:43 AM | $0.42 | Tetra Tech RAI, Dept. 1626 Denver CO 80291-0001 | e/Refund | SDI | | First-Class Mail® | 0lb 1oz | | 2/26/09 |
| 2/26/09 10:43 AM | $0.42 | Schofield Brothers, 1071 Worcester Rd, Framingham MA 01701-5247 | e/Refund | SDI | | First-Class Mail® | 0lb 1oz | | 2/26/09 |
| 2/26/09 10:43 AM | $0.42 | S3 Design Inc., PO Box 101 Stuyvesant NY 12173-0101 | e/Refund | SDI | | First-Class Mail® | 0lb 1oz | | 2/26/09 |
| 2/26/09 10:43 AM | $0.42 | Office Environment, PO Box 415213, Boston MA 02241-0001 | e/Refund | SDI | | First-Class Mail® | 0lb 1oz | | 2/26/09 |
| 2/26/09 10:43 AM | $0.42 | Odeh Engineers, 1223 Mineral Spring Ave, North Providence RI 02904-4103 | e/Refund | SDI | | First-Class Mail® | 0lb 1oz | | 2/26/09 |
| 2/26/09 10:43 AM | $0.42 | New England Engineering Inc., 100 Concord St, Framingham MA 01702-8328 | e/Refund | SDI | | First-Class Mail® | 0lb 1oz | | 2/26/09 |
| 2/26/09 10:43 AM | $0.42 | Narragansett Engineering Inc. 3102 E Main Rd, Portsmouth RI 02871-4256 | e/Refund | SDI | | First-Class Mail® | 0lb 1oz | | 2/26/09 |
| 2/26/09 10:43 AM | $0.42 | myCadd, 22 Tanager Way Londonderry NH 03053-2595 | e/Refund | SDI | | First-Class Mail® | 0lb 1oz | | 2/26/09 |
| 2/26/09 10:43 AM | $0.42 | Kimberly Whitworth, 101 Main St Medford MA 02155-4540 | e/Refund | SDI | | First-Class Mail® | 0lb 1oz | | 2/26/09 |
| 2/26/09 10:43 AM | $0.42 | GZA GeoEnvironmental Inc., 530 Broadway, Providence RI 02909-1820 | e/Refund | SDI | | First-Class Mail® | 0lb 1oz | | 2/26/09 |
| 2/26/09 10:43 AM | $0.42 | Fine Fabrics, 241 Hillside Ave Pawtucket RI 02860-6119 | e/Refund | SDI | | First-Class Mail® | 0lb 1oz | | 2/26/09 |
| 2/26/09 10:43 AM | $0.42 | Diebold Inc, PO Box 643543 Pittsburgh PA 15264-3543 | e/Refund | SDI | | First-Class Mail® | 0lb 1oz | | 2/26/09 |
| 2/26/09 10:43 AM | $0.42 | Davidson & Stone PLLC, 2 Capitol St Fl 3 # 301, Concord NH 03301 | e/Refund | SDI | | First-Class Mail® | 0lb 1oz | | 2/26/09 |
| 2/26/09 10:43 AM | $0.42 | Call Andy! Macintosh Consulting, 4 Squire Ct Apt 15, Natick MA 01760-3853 | e/Refund | SDI | | First-Class Mail® | 0lb 1oz | | 2/26/09 |
| 2/26/09 10:43 AM | $0.42 | Bryant Associates, 98 N Washington St, Boston MA 02114-1918 | e/Refund | SDI | | First-Class Mail® | 0lb 1oz | | 2/26/09 |
| 2/26/09 10:43 AM | $0.42 | Bancography, 2301 1st Ave N Ste 103, Birmingham AL 35203-4319 | e/Refund | SDI | | First-Class Mail® | 0lb 1oz | | 2/26/09 |
| 2/26/09 10:43 AM | $0.42 | Avi-Pro Inc, 2 Lowell St Unit 6A Wilmington MA 01887-3237 | e/Refund | SDI | | First-Class Mail® | 0lb 1oz | | 2/26/09 |
| 2/26/09 10:43 AM | $0.42 | Architectural Store Fixtures, 124 Eastern Avenue, Pawtucket RI 02860 | e/Refund | SDI | | First-Class Mail® | 0lb 1oz | | 2/26/09 |
| 2/26/09 10:43 AM | $0.42 | American Video Services, PO Box 488, Randolph MA 02368-0488 | e/Refund | SDI | | First-Class Mail® | 0lb 1oz | | 2/26/09 |
| 2/26/09 10:43 AM | $0.42 | Internal Revenue Service, PO Box 21126, Philadelphia PA 19114-0326 | e/Refund | SDI | | First-Class Mail® | 0lb 1oz | | 2/26/09 |
| 2/26/09 10:43 AM | $0.42 | Bankruptcy Unit, Mass. DOR, PO Box 9564, Boston MA 02114-9564 | e/Refund | SDI | | First-Class Mail® | 0lb 1oz | | 2/26/09 |